UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CR-00176-MOC-SCR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TREYVON HARRIS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's motion for order to allow Defendant to attend funeral virtually. (Doc. No. 37). The Government does not oppose Defendant's motion. Having considered Defendant's motion and reviewed the pleadings, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's motion for order to allow Defendant to attend funeral virtually (Doc. No. 37) is **GRANTED**. The Robert A. Deyton Detention Facility in Lovejoy, GA, is hereby **ORDERED** to allow Defendant to virtually attend his grandmother's funeral on Friday, June 7, 2024, beginning at 11:00 AM.

Signed: June 5, 2024

Max O. Cogburn Jr
United States District Judge